UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EDUNERT BAPTISTE,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No.: 26-cv-5896-RSH-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On October 15, 2026, petitioner Edunert Baptiste filed a petition for writ of habeas corpus (the "Petition"). ECF No. 1. Petitioner alleges that after being released from immigration custody pursuant to a grant of parole earlier this year, he was re-detained by the Government on October 6, 2026. *Id.* ¶ 15. The Government filed a return on October 22, 2026, in which the Government stated that it was "unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law." ECF No. 4 at 1. The Government also stated that it "acknowledges that Petitioner is entitled to be released from custody subject to conditions of supervision." *Id.* at 2.

//

//

In light of the Government's non-opposition, the Petition is **GRANTED**. The Court **ORDERS** that the Government release petitioner Edunert Baptiste from immigration custody within ***one business day*** of the date of this order, subject to the terms of his previously issued parole. This order does not prevent the Government from imposing or modifying conditions of release, as may be appropriate. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Hon. Robert S. Huie
United States District Judge